C. ALFRED SMITH, Admr.

*v.*

FREDERICK AYER *et al.*

*Opinion filed October 24, 1901—Rehearing denied December 5, 1901.*

This case is controlled by the decision in *Arms* v. *Ayer,* (*ante,* p. 601.)

APPEAL from the Superior Court of Cook county; the Hon. JESSE HOLDOM, Judge, presiding.

LYNDEN EVANS, for appellant.

SMOOT & EYER, SAMUEL S. PAGE, and FRANKLIN P. SNYDER, for appellees.

Per CURIAM: This case is in all respects like that of *Arms* v. *Ayer,* (*ante,* p. 601.) For the reasons stated in that opinion the judgment of the superior court of Cook county in this case will be reversed and the cause remanded, with directions to proceed in conformity with the views therein expressed.

*Reversed and remanded.*